JS-6

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar No. 157311
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2931
    Facsimile:  (213) 894-7177
    E-mail: monica.tait@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 06-6285-ODW (JCx) |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| REAL PROPERTY IN RANCHO PALOS VERDES, CALIFORNIA, | |
| Defendant. | |
| LUALHATI Z. COLGROVE, CARMOFF PARK, LLC, RUDY MAUS, AND WASHINGTON MUTUAL BANK, | |
| Claimants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff United States of America and claimant Lualhati Z. Colgrove, as follows:

    1.    This agreement is entered into between plaintiff United

1  States of America and claimant Lualhati Z. Colgrove ("Claimant"). Colgrove has asserted an interest in the defendant Real Property Located in Rancho Palos Verdes, California (hereafter, "defendant property"). The legal description for the defendant property is attached hereto as Exhibit A and made a part hereof.

2.  On October 2, 2006, plaintiff United States of America commenced this judicial forfeiture action by filing a complaint alleging that the defendant property was forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). Colgrove has filed a statement of interest and answer to contest the forfeiture of her interest in the defendant property. In addition, as of the date of this agreement, Carmoff Park, LLC, Rudy Maus, and Washington Mutual Bank (collectively, "lienholders") have filed claims to contest forfeiture of their interests, and the United States has entered into separate agreements recognizing the interests of the lienholders. Notice of this action was published in accordance with law, no other parties have filed claims and answers, and the time for filing such claims has expired. Accordingly, all potential claimants other than Colgrove and the lienholders are hereby deemed to admit the allegations of the complaint.

3.  It is the intention of plaintiff United States of America and Colgrove to resolve all of their competing claims to the defendant property by this Consent Judgment.

4.  This Court has jurisdiction over the subject matter of the present action and over the parties to this agreement.

5. The Complaint states a claim for relief against the defendant property under 18 U.S.C. § 981(a)(1)(A) and (C).

6. All right, title and interest of Colgrove, and all other potential claimants other than the lienholders, in the defendant property is hereby condemned and forfeited to the United States without further order of this Court, and the United States shall have judgment as to the interests of these persons and entities in the defendant property.

7. The United States Marshals Service ("USMS") shall dispose of the defendant property in accordance with law. Colgrove shall vacate the defendant property and remove her personal property (but not fixtures) therefrom on or before January 2, 2009, at which time the USMS shall take possession of the defendant property (the "possession date"). The USMS is hereby empowered without the need for further court order to terminate all leases affecting the defendant property. Colgrove shall cooperate with all requests of agencies of the United States, including USMS, and representatives contracted by the United States for access to the defendant property for the purpose of inspecting, appraising, and protecting the defendant property. On or after the possession date, the USMS is hereby empowered without the need for further court order to enter and take possession of the defendant property by whatever reasonable means are at its disposal, and evict all occupants and remove their personal property. Claimant agrees she will not take any action to affect the marketability of the defendant property, and she and any occupants will maintain the property in

1 substantially the same condition as it was on the date of her
2 signature below until the USMS takes possession.
3     8.   Except as to such rights and obligations created by this
4 Agreement, Colgrove agrees to release and hold harmless the United
5 States, and any agents, servants, and employees of the United
6 States (or any state or local law enforcement agency) acting in
7 their individual or official capacities, from all claims, actions
8 or proceedings by her and her agents, including, but not limited
9 to, any claim for attorney's fees and/or costs, or interest, which
10 may hereafter be asserted or brought by her or on her behalf which
11 arise out of the present action.
12     9.   All of the undersigned shall execute all documentation
13 necessary to carry out the disposition of the defendant property in
14 accordance with this agreement.
15     10.  Each party shall bear its own costs of litigation and
16 attorney's fees.  Each party waives its right to appeal.  Entry of
17 this Consent Judgment constitutes a certificate of reasonable cause
18 pursuant to 28 U.S.C. § 2465(a)(2).
19     11.  The Court retains jurisdiction over this case and the
20 parties hereto to effectuate the terms of this settlement.
21 //
22 //
23 //
24 //
25 //
26 //
27
28

4

12. The clerk is hereby directed to enter this consent judgment, which constitutes a final judgment resolving this action.

SO STIPULATED.

DATED: *November 6, 2008*

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

MONICA E. TAIT
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: *Oct. 31, 2008*

LUALHATI Z. COLGROVE, Claimant

DATED: *November 1, 2008*

PETER A. GIANNINI
Attorney for Claimant Colgrove

It is so ordered.

DATED: *11-12-08*

THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

5

## EXHIBIT A

LOT(S) 4 OF TRACT NO. 38512, IN THE CITY OF RANCHO PALOS VERDES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1017, PAGE(S) 56 AND 57 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED DECEMBER 6, 1978 AS INSTRUMENT NO. 78-1357063, OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED DECEMBER 27, 1974, AS INSTRUMENT NO. 377, OFFICIAL RECORDS.

APN 7564-011-018

EXHIBIT A